IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-325 |
| | ) | |
| MICHAEL MISCHLER, | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST MICHAEL MISCHLER

AND NOW, this 21st day of July, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Michael Mischler in the following property (the Subject Property) are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 492: HP 1210 Scanner/Printer Model HP1350V, Serial No. CN3BQF204H.

2. Due to the value of the Subject Property, advertising is hereby waived.

3. The Court will adjudicate all third-party claims.

_____
J.