IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Criminal No. 05-325 |
| ) | |
| MICHAEL MISCHLER, ) | |
| ) | |
| Defendant ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 8th day of Sept, 2008, it is hereby ORDERED, ADJUDGED and DECREED that an HP 1210 Scanner/Printer Model HP1350V, serial no. CN3BQF204H is hereby forfeited to the United States pursuant to 18 U.S.C. § 492 for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Michael Mischler.

_____
United States District Court